IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronald L. Legg, | ) | C/A No.: 4:12-811-RMG-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Chief Rhodes, Horry County Police; | ) | |
| Det. Neil Frebowitz, Horry County Police, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Ronald L. Legg ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, is a pretrial detainee incarcerated at the J. Reuben Long Detention Center and brings this action against Horry County police officers and two public defenders pursuant to 42 U.S.C. § 1983. Before the court is Plaintiff's Motion to Compel [Entry #32]. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).

Plaintiff's motion to compel filed August 20, 2012, seeks to compel further response from Defendants with regard to Plaintiff's original and supplemental discovery requests. [Entry #32]. Defendants contend that they have responded to Plaintiff's original requests with all responsive information or documentation in their possession, but note that Plaintiff asks for items that do not exist, such as a chain of custody of items seized from his home and a transcription of a digital recording. [Entry #37]. Additionally, Defendants responded that they have never been served with supplemental discovery

requests. Plaintiff did not file a reply or otherwise dispute the allegations in Defendants'
response. Therefore, Plaintiff's motion to compel [Entry #32] is denied as moot.

    IT IS SO ORDERED.

September 21, 2012                            Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge